UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BILAL SUHAIL, et al.,

          Plaintiff(s),           Case No. 15-12595

v.           Judge  Gershwin A. Drain

U.S. Attorney General, et al.,           Magistrate Judge  David R. Grand

          Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __17__, filed __11/12/15__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [x] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Teresa McGovern__ at __(313) 234-5023__.

DAVID J. WEAVER, CLERK OF COURT

Dated: November 12, 2015        s/Teresa McGovern
    Deputy Clerk